UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

TYLER J. ORDIWAY, :

    Petitioner : CIVIL ACTION NO. 3:24-0741

v. : (JUDGE MANNION)

:

PA BOARD OF PAROLE,

    Respondent :

:

### ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

MALACHY E. MANNION
United States District Judge

DATE: May 15, 2024
24-0741-01-ORDER